roytaitingfonginf

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America





FILED
DISTRICT COURT OF GUAM

AUG 28 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00082 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **THEFT OF GOVERNMENT PROPERTY** |
| | ) [18 U.S.C. § 641] (Count I) |
| ROY S. TAITINGFONG, | ) **UNLAWFUL ENTRY** |
| | ) [18 U.S.C. § 1382] (Count II) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I - THEFT OF GOVERNMENT PROPERTY

On or about April 17, 2007, in the District of Guam, the defendant, ROY S. TAITINGFONG, willfully and knowingly, did steal and purloin United States property from Andersen Air Force Base, Guam, of value of less than $1,000, property of the United States, to wit: Cooper Wire, in violation of Title 18, United States Code, Section 641.

### COUNT II - UNLAWFUL ENTRY

On or about April 17, 2007, in the District of Guam, the defendant, ROY S. TAITINGFONG, went upon a United States military reservation, namely Andersen Air Force Base, Guam, with knowledge that ROY S. TAITINGFONG needed and did not have

authorization to do so, in violation of Title 18, United States Code, Section 1382.

DATED this 28th day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**07-00082**

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __x__ No

Defendant Name _____Roy S. Taitingfong_____

Alias Name _____

Address _____

_____Guam_____

Birthdate __Xx/xx/__ SS# __xxx-xx-__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

SAUSA _____Kristin D. St. Peter_____

**Interpreter:** __X__ No ____ Yes    List language and/or dialect: _____

RECEIVED AUG 28 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    _____ Petty __X__ Misdemeanor _____ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 USC 641 | Theft of Government Property | 1 |
| Set 2  18 USC 1382 | Unlawful Entry | 2 |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __8/28/07__   Signature of AUSA: _[signature]_