

LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

AUG 28 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROY S. TAITINGFONG,<br><br>　　　　　Defendant. | CRIMINAL CASE NO. 07-00082<br><br>**UNITED STATES' REQUEST<br>FOR ISSUANCE OF SUMMONS** |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, ROY S. TAITINGFONG, based on an Information filed charging the defendant with one count of Theft of Government Property in violation of Title 18, United States Code, Section 641 and one count of Unlawful Entry in violation of Title 18, United States Code, Section 1382..

Respectfully submitted this 28th day of August, 2007.

　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　KRISTIN D. ST. PETER
　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney