LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00082 |
| Plaintiff. | |
| vs. | **O R D E R**<br>**re United States' Request for**<br>**Issuance of Summons** |
| ROY S. TAITINGFONG, | |
| Defendant. | |

    Upon the filing of an Information and at the request of the government,

    IT IS SO ORDERED that a summons be issued for the above-named defendant to appear before this Court on Tuesday, September 18, 2007, at 9:00 a.m.

    **/s/ Joaquin V.E. Manibusan, Jr.**
      **U.S. Magistrate Judge**
    **Dated: Aug 29, 2007**