PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

# NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO**: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM**: | Maria C. Cruz, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

**[X] Original Notice**     **[ ] Notice of Disposition**

| | | | |
|---|---|---|---|
| Date: | **September 18, 2007** | Date: | |
| By: | **Joaquin V.E. Manibusan, Jr.**<br>**U.S. Magistrate Judge** | By: | |

| | | | |
|---|---|---|---|
| Defendant: | **TAITINGFONG, Roy Sanchez** | Case Number: | **CRIMINAL Case #07-00082-001** |
| Date of Birth: | **XX-XX-1979** | Place of Birth: | **Saipan, Northern Mariana Islands** |
| SSN: | **XXX-XX-7714** | | |

======================================================================

**NOTICE OF COURT ORDER** (Order Date:  **September 18, 2007** )

[X]  The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X]  The above-named defendant surrendered Birth Certificate   **#XX-XX**   to the custody of the **U.S. Probation Office, District of Guam.**

## NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ]  Defendant not convicted.

[ ]  Defendant convicted.

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
  ☐ Not Convicted - PS40/Passport returned to defendant.
  ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
  ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)