# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00082-001　　　　　　　　　　　　DATE: November 05, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 9:47:08 - 9:58:42
CSO: D. Quinata

**APPEARANCES:**

Defendant: Roy S. Taitingfong　　　　　　Attorney: Richard Arens
　Present　Custody　Bond　P.R.　　　　　Present　Retained　FPD　CJA
U.S. Attorney: Ben Beliles　　　　　　　　U.S. Agent:
U.S. Probation: Christopher Duenas　　　U.S. Marshal: V. Roman
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Plea entered: Guilty to Count I.
- Plea: Accepted.
- Sentencing set for: February 4, 2008 at 9:00 a.m.
- Draft Presentence Report due to the parties: 12/31/2007
- Response to Presentence Report: 1/21/2008
- Final Presentence Report due to the Court: 1/28/2008
- Defendant released as previously ordered by this Court.

NOTES: