AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     **GUAM**

| UNITED STATES OF AMERICA<br>V.<br>**ROY S. TAITINGFONG** | **NOTICE**<br><br>CASE NUMBER: **CR-07-00082** |
|---|---|

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO.<br>3rd Floor |
|---|---|
|  | DATE AND TIME<br>Tuesday February 5, 2008 at 10:30 a.m. |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U.S. COURTHOUSE<br>520 W. Soledad Avenue<br>Hagatna, Guam 96910 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>February 4, 2008 at 9:00 a.m. | CONTINUED TO DATE AND TIME<br><br>February 5, 2008 at 10:30 a.m. |
|---|---|---|

JEANNE G. QUINATA
CLERK OF COURT

January 31, 2008                 Walter M. Tenorio
DATE                                      (BY) DEPUTY CLERK