# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-07-00082   DATE: February 05, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Geraldine A. Cepeda   Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio   Electronically Recorded: 10:20:18 - 10:34:20
CSO: D. Quinata

**APPEARANCES:**
Defendant: Roy S. Taitingfong   Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.   ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Patricia Gruen   U.S. Agent:
U.S. Probation: Christopher Duenas   U.S. Marshal: D. Punzalan
Interpreter:   Language:

**PROCEEDINGS: Sentencing**
- Governments motion to dismiss count two <u>granted</u>.
- Defendant sentenced to probation for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of probation).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: