ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer
MARIA C. CRUZ
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00082-001 |
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR RELEASE OF PASSPORT** |
| ROY S. TAITINGFONG, | ) | |
| Defendant. | ) | |

COMES NOW, U.S. Probation Officer Maria C. Cruz, in the above-captioned case and requests for the release of Northern Mariana Birth Certificate, Number XX-XX, to the defendant, Roy S. Taitingfong. The birth certificate was surrendered to the custody of the U.S. Probation Office pending the disposition of this case. On February 5, 2008, Mr. Taitingfong was sentenced to one year probation.

Dated this 8th day of February 2008.

/s/ MARIA C. CRUZ
U.S. Probation Officer