PROB 12A
(7/93)
# United States District Court

for

*District of Guam*

## Report on Offender Under Supervision

Name of Offender: **Roy S. Taitingfong**     Case Number: **CR07-00082**

Name of Sentencing Judicial Officer:     Joaquin V.E. Manibusan, Jr.

Date of Original Sentence:     February 5, 2008

Original Offense:     Theft of Government Property, in violation of 18 U.S.C.§ 641

Original Sentence:     One year probation with the following conditions: refrain from the excessive use of alcoholic beverages and submit up to eight alcohol tests per month under the direction of the U.S. Probation Office and pay a $25 special assessment fee.

Type of Supervision:     Probation          Date Supervision Commenced:     February 5, 2008

### NATURE OF NONCOMPLIANCE

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition | Failure to refrain from committing another federal, state or local crime. |

On March 31, 2008, Guam Police Department officers responded to a complaint of harassment. Officer D. Pangelinan met with Lourdes Toves (victim) who stated that Frances Teregeyo and Roy Taitingfong made several threats to harm her and her daughter. Subsequently, Roy Paul Sanchez Taitingfong and his sister-in law, Frances Teregeyo, were arrested by the Guam Police Department and confined. On April 1, 2008, a Magistrate's Complaint was filed by Assistant Attorney General Kimberli Raines, which charged Taitingfong and Teregeyo with Terrorizing (Third Degree Felony) and Harassment (Petty Misdemeanor). Briefly, the Complaint alleged that Taitingfong and Teregeyo became involved in an argument with Toves and, as a result, Taitingfong and Teregeyo made comments about fighting and threatening to cause bodily injury to Toves.

On the same day, Mr. Taitingfong was brought to the Superior Court of Guam before Judge Arthur Barcinas to answer to the Complaint. He was ordered to be detained and a preliminary hearing was scheduled for April 11, 2008.

On April 10, 2008, the matter was brought before the Territorial Grand Jury for the Superior Court of Guam, however, they failed to return a true bill, and Taitingfong was released from custody. On April 11, 2008, Judge Anita Sukola dismissed the case without prejudice.

On April 11, 2008, Mr. Taitingfong reported to the U.S. Probation Office for a noncompliance meeting. He denied threatening Ms. Toves and apologized for any trouble caused by his actions. Mr. Taitingfong has been compliant with all the conditions of his release.

This is an Informational Report and no action is requested.

Reviewed by:                                                                                             Respectfully submitted,

                                                                                          by:
/s/ CARMEN D. O'MALLAN                                                                          /s/ MARIA C. CRUZ
U.S. Probation Officer Specialist                                                               U.S. Probation Officer
Supervision Unit Leader
Date:   April 28, 2008                                                                          Date:   April 28, 2008

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision.

☐ Submit a Request for Warrant or Summons.

☐ No Action.

☐ Other: