**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00082-001 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **REQUEST TO TRAVEL DUE TO** |
| | ) | **TRANSFER OF SUPERVISION** |
| ROY S. TAITINGFONG, | ) | |
| Defendant. | ) | |
| _____ | ) | |

On February 5, 2008, Roy S. Taitingfong was sentenced by U.S. Magistrate Judge Joaquin V.E. Manibusan, Jr. for the offense, to wit: Theft of Government Property, in violation of Title 18, United States Code, Section 641. He was placed on one year probation with the following special conditions to include that he refrain from the excessive use of alcoholic beverages and submit up to eight alcohol tests per month under the direction of the U.S. Probation Office and pay a $25 special assessment fee. He paid his special assessment fee on February 20, 2008.

To date, Mr. Taitingfong has been generally compliant with his probationary conditions with the exception of his arrest on March 32, 2008 for Terrorizing (Third Degree Felony) and Harassment (Petty Misdemeanor). On April 10, 2008, the matter was brought before the Territorial Grand Jury for the Superior Court of Guam, however, they failed to return a true bill and the case was dismissed without prejudice on April 11, 2008. An Informational report was filed with the Court on April 28, 2008.

On April 21, 2008, Mr. Taitingfong expressed an interest to return to Saipan, Northern Mariana Islands for the duration of his term of probation. He stated that his brother and sister-in-law on Guam, will be moving to a smaller apartment and there will not be enough room for him. In addition, he does not have the financial ability to support himself on Guam. Mr. Taitingfong stated that he would like to resume living with his father and mother, Roman and Cornelia Taitingfong, at Pontan Drive in As Perdido, Saipan. A verification of the home and residents was conducted by U.S. Probation Officer Margarita Wonenberg who has agreed to accept the transfer of supervision of this case.

Request to Travel Due
to Transfer of Supervision
TAITINGFONG, Roy S.
May 7, 2008
Page 2

      This Officer supports Mr. Taitingfong's request to travel to Saipan on or about May 16, 2008, where he will be supervised for the duration of his probation term.

                                    Respectfully submitted,

                                    ROSSANNA VILLAGOMEZ-AGUON
                                    Chief U.S. Probation Officer

By:    /s/ MARIA C. CRUZ
                        U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
    Supervision Unit Leader

cc:    File