| PROB 37 (3/07) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Avenue<br>Hagåtña, Guam 96910<br>Tel: (671) 473-9201<br>Fax: (671) 473-9202 |
|---|---|---|

**Roy S. Taitingfong**
CR Case No. 07-00082
SSN: XXX-XX-7714
DOB: XX-XX-1979
HT: 5'1" / WT: 180 lbs.



DATE **May 7, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO: **Saipan, Commonwealth of the Northern Mariana Islands**

FROM **on or about May 16, 2008** AND RETURNING **not applicable**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**To relocate to Saipan**.

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **Within 72 hours of your arrival in Saipan, you shall physically report to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

NAME: USPOs M. Wonenberg or M. Brunson
ADDRESS: Horiguchi Building, Room 4D
Saipan, MP 96950
(670) 236-2989/2990

/s/ MARIA C. CRUZ
UNITED STATES PROBATION OFFICER

[X] Approved  [ ] Disapproved

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 09, 2008